UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLUE NILE, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>IDEAL DIAMOND SOLUTIONS, INC. d/b/a IDS, Inc., Verified Independent Diamond Purchaser's Affiliation, and VIDPA, a Delaware corporation; LARRY CHASIN, an individual; ZDEEL'S DIAMOND GALLERY, a Texas company; WELLS & CO. FINE JEWELERS, a Virginia company; R. BRUCE CARSON JEWELERS, a Maryland company; FREDERIC H. RUBEL JEWELERS, a California company; KLEINHENZ JEWELERS, an Ohio company; MAYFAIR DIAMONDS AND FINE JEWELRY, a New York company ; MOSIELLO JEWELERS, a New York company; CIRELLI JEWELERS, an Ohio company; LV JEWELRY, a Florida company; QUATTRY'S BENCH EXPRESS, a Florida company; KILMAN JEWELERS, a Florida company; DIAMONDSCAPE, a Texas company; and DOES 1-25,<br><br>　　　　　　　　Defendants. | No.<br><br>**PLAINTIFF BLUE NILE'S CORPORATE DISCLOSURE STATEMENT** |

　　Pursuant to Federal Rule of Civil Procedure 7.1(a), plaintiff Blue Nile, Inc. ("Blue Nile"),

a Delaware corporation, states that it has no parent corporation.  Blue Nile further states that

BLUE NILE'S CORPORATE DISCLOSURE
STATEMENT – 1

40790-0020/LEGAL17840312.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Wells Fargo (NYSE: WFC:US) and Morgan Stanley (NYSE: MS) are publicly held corporations that own 10% or more of Blue Nile's stock.

DATED: March 8, 2010

**PERKINS COIE LLP**

By   s/Breena M. Roos
    Elizabeth L. McDougall, WSBA No. 27026
    Breena M. Roos, WSBA No. 34501
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: EMcDougall@perkinscoie.com
       BRoos@perkinscoie.com

*Attorney for Plaintiff Blue Nile, Inc.*

BLUE NILE'S CORPORATE DISCLOSURE
STATEMENT – 2

40790-0020/LEGAL17840312.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000