UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLUE NILE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>IDEAL DIAMOND SOLUTIONS, INC. d/b/a IDS, Inc., Verified Independent Diamond Purchaser's Affiliation, and VIDPA, a Delaware corporation; LARRY CHASIN, an individual; ZDEEL'S DIAMOND GALLERY, a Texas company; WELLS & CO. FINE JEWELERS, a Virginia company; R. BRUCE CARSON JEWELERS, a Maryland company; FREDERIC H. RUBEL JEWELERS, a California company; KLEINHENZ JEWELERS, an Ohio company; MAYFAIR DIAMONDS AND FINE JEWELRY, a New York company; MOSIELLO JEWELERS, a New York company; CIRELLI JEWELERS, an Ohio company; LV JEWELRY, a Florida company; QUATTRY'S BENCH EXPRESS, a Florida company; KILMAN JEWELERS, a Florida company; DIAMONDSCAPE, a Texas company; and DOES 1-25,<br><br>Defendants. | No. 2:10-cv-380<br><br>APPLICATION AND ORDER FOR LEAVE TO APPEAR PRO HAC VICE |

APPLICATION AND ORDER FOR LEAVE TO
APPEAR PRO HAC VICE – 1

40790-0020/LEGAL17840337.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, Leota L. Bates ("Applicant") requests permission to appear and participate in this action as counsel on behalf of plaintiff Blue Nile, Inc..

1. <u>Name and Address of Applicant's Law Firm</u>:

    Perkins Coie LLP
    607 Fourteenth Street NW
    Washington, DC 20005
    Tel: (202) 434-1627
    Email: lbates@perkinscoie.com

2. <u>Basis of Particular Need</u>:  Because this case involves complex issues of unfair competition and copyright law and detailed facts related to the online jewelry industry, plaintiff's unique interactive website and copyrighted works, and Defendants' infringing activities, plaintiff has a particular need for attorneys familiar with these detailed facts and knowledgeable in the relevant areas of law. My practice focuses on these areas of law and I am specifically knowledgeable about the relevant facts and details of this case.

3. <u>Knowledge of Local Rules</u>:  Applicant understands that she is charged with knowing and complying with all applicable local rules of this Court.

4. <u>Member in Good Standing</u>:  Applicant is a member of the Bar of the State of Illinois and the District of Columbia. Applicant has not been disbarred or formally censured by any court of record or state bar association. There are no pending disciplinary proceedings against Applicant.

5. <u>Residence Outside District</u>:  Applicant resides and maintains her office outside this district.

6. <u>Application Fee</u>:  The application fee in the amount of $150 is submitted together with this application.

7. **I declare under penalty of perjury that the foregoing is true and correct.**
    DATED this 8th day of March, 2010.

APPLICATION AND ORDER FOR LEAVE TO
APPEAR PRO HAC VICE – 2

40790-0020/LEGAL17840337.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

```
 1
 2
 3
 4                                PERKINS COIE LLP
 5
 6                                By: /s/ Leota L. Bates
 7                                    Leota L. Bates
 8                                    Illinois State Bar ARDC No. 6293930
 9                                    District of Columbia Bar No. 977469
10
```

APPLICATION AND ORDER FOR LEAVE TO
APPEAR PRO HAC VICE
(NO. _____ ) – 3
40790-0020/LEGAL17840337.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATION OF LOCAL COUNSEL

The law firm of Perkins Coie LLP and the attorney Breena M. Roos is authorized and prepared to represent plaintiff Blue Nile, Inc. in this action, including at trial, in the event Leota Bates is unable to be present upon any date assigned by the Court.

DATED this 8th day of March, 2010.

**PERKINS COIE LLP**

/s/Breena M. Roos
_____
Breena M. Roos, WSBA No. 34501
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: broos@perkinscoie.com

*Attorney for Plaintiff Blue Nile, Inc.*

APPLICATION AND ORDER FOR LEAVE TO
APPEAR PRO HAC VICE – 4

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

40790-0020/LEGAL17840337.1

## ORDER

The foregoing Application is hereby approved by the Clerk of the Court.

DATED this _____ day of March, 2010.

_____
Clerk of the Court

APPLICATION AND ORDER FOR LEAVE TO
APPEAR PRO HAC VICE – 5

40790-0020/LEGAL17840337.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000