The Honorable Thomas S. Zilly

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BLUE NILE, INC., a Delaware corporation, | **CASE NO.** 2:10−cv−00380−TSZ |
| Plaintiff, | |
| v. | **STIPULATED EXTENSION OF TIME TO ANSWER** |
| IDEAL DIAMOND SOLUTIONS, INC. d/b/a IDS, Inc., Verified Independent Diamond Purchaser's Affiliation, and VIDPA, a Delaware corporation; LARRY CHASIN, an individual; et al., | |
| Defendants | |

1.  On or about March 8, 2010, plaintiff Blue Nile, Inc. ("Blue Nile") initiated the above-captioned action by filing a Complaint against defendants Ideal Diamond Solutions, Inc. ("IDS"), Larry Chasin ("Chasin"), twelve other named defendants and John Does 1-25.

2.  Defendants IDS's and Chasin's Answer to the Complaint presently is due Monday, March 29, 2010.

3.  Blue Nile and IDS/Chasin have agreed and hereby stipulate that IDS and Chasin may have a 30-day extension of time, up to and including April 28, 2010, within

which to answer, move to dismiss, or otherwise respond to the Complaint.

4. The twelve other defendants are deemed served and their response to the Complaint is due on May 10, 2010.

| _s/ Breena M. Roos_ | _s/ Clyde A. Shuman_ |
|---|---|
| Elizabeth L. McDougall, WSBA No. 27026 | Lee A. Goldberg (NY Bar No. 2380509) |
| Breena M. Roos, WSBA No. 34501 | (Admitted pro hac vice) |
| PERKINS COIE LLP | Clyde A. Shuman (NY Bar No. 2902070) |
| 1201 Third Avenue, Suite 4800 | (Admitted pro hac vice) |
| Seattle, WA 98101-3099 | PEARL COHEN ZEDEK LATZER |
| Telephone: 206-359-8000 | 1500 Broadway, 12th Floor |
| Fax: 206-359-9000 | New York, NY 10036 |
| Email: EMcDougall@perkinscoie.com | Telephone: 646-878-0800 |
| Email: BRoos@perkinscoie.com | Fax: 646-878-0801 |
|  | Email: LeeG@pczlaw.com |
| Attorneys for Plaintiff | Email: ClydeS@pczlaw.com |
|  | Attorneys for Defendants |

SO ORDERED.

_____
Honorable Thomas S. Zilly

Dated: Seattle, WA

March ___, 2010

STIPULATED EXTENSION OF TIME
(2:10-CV-000380 TSZ) - 2

40790-0017/LEGAL14376426.1

# CERTIFICATE OF SERVICE

I, Clyde A. Shuman, hereby certify that on March 29, 2010, I caused the foregoing

**STIPULATED EXTENSION OF TIME TO ANSWER**

to be served on the following parties as indicated below:

| | |
|---|---|
| **Elizabeth L. McDougall, WSBA No. 27026**<br>**Breena M. Roos, WSBA No. 34501**<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br><br>*Attorneys for Plaintiff Blue Nile, Inc.* | [ ]  By United States Mail<br><br>[ ]  By Legal Messenger<br><br>**[X] By Electronic CM/ECF**<br><br>[ ]  By Overnight Express Mail<br>[ ]  By Facsimile<br>[ ]  By Email [by agreement of counsel]<br>     emcdougall@perkinscoie.com<br>     broos@perkinscoie.com |

DATED: March 29, 2010

*s/ Clyde A. Shuman*
Clyde A. Shuman
(N.Y. Bar No. 2902070)
(Admitted pro hac vice)