UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLUE NILE, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>IDEAL DIAMOND SOLUTIONS, INC. d/b/a IDS, Inc., Verified Independent Diamond Purchaser's Affiliation, and VIDPA, a Delaware corporation; LARRY CHASIN, an individual; ZDEEL'S DIAMOND GALLERY, a Texas company; WELLS & CO. FINE JEWELERS, a Virginia company; R. BRUCE CARSON JEWELERS, a Maryland company; FREDERIC H. RUBEL JEWELERS, a California company; KLEINHENZ JEWELERS, an Ohio company; MAYFAIR DIAMONDS AND FINE JEWELRY, a New York company ; MOSIELLO JEWELERS, a New York company; CIRELLI JEWELERS, an Ohio company; LV JEWELRY, a Florida company; QUATTRY'S BENCH EXPRESS, a Florida company; KILMAN JEWELERS, a Florida company; DIAMONDSCAPE, a Texas company; and DOES 1-25,<br><br>              Defendants. | No. 2:10-cv-00380-TSZ<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

Notice is hereby given that Leota L. Bates of Perkins Coie LLP, hereby withdraws as one

of the attorneys of record for the plaintiff, Blue Nile, Inc. Ms. Bates should be removed as

counsel of record from the Court's docket and records. Elizabeth McDougall and Breena Roos

NOTICE OF WITHDRAWAL
(No. 2:10-cv-00380-TSZ)) – 1

40790-0020/LEGAL18062160.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

of Perkins Coie LLP shall remain as counsel of record for the plaintiff. All future correspondence and other communications should be directed to them.

DATED: April 14, 2010

**PERKINS COIE LLP**

By  /s/Leota L. Bates
Elizabeth L. McDougall, WSBA No. 27026
Breena M. Roos, WSBA No. 34501
Leota L. Bates (*pro hac vice*)
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: EMcDougall@perkinscoie.com
BRoos@perkinscoie.com
LBates@perkinscoie.com

*Attorneys for Plaintiff Blue Nile, Inc.*

NOTICE OF WITHDRAWAL
(No.2:10-cv-00380-TSZ) – 2

40790-0020/LEGAL18062160.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

I certify that on April 14, 2010, I electronically filed the foregoing NOTICE OF WITHDRAWAL OF ATTORNEY with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record. In addition, I caused service to be made on the same attorneys of record by the method indicated:

| | |
|---|---|
| Lee Goldberg | ___ Via hand delivery |
| Clyde A. Shuman | ___ Via U.S. Mail, 1st Class, Postage Prepaid |
| Pearl Cohen Zedek Latzer | ___ Via Overnight Delivery |
| 1500 Broadway | _X_ Electronic Filing |
| New York, New York 10036 | ___ Via Email |
| Attorneys for *Defendants* | ___ Other: |

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 14th day of April, 2010.

s/ Leota L. Bates, (pro hac vice)
Attorney for Plaintiff Blue Nile, Inc.
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: LBates@perkinscoie.com

NOTICE OF WITHDRAWAL
(No.2:10-cv-00380-TSZ) – 3

40790-0020/LEGAL18062160.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000