UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLUE NILE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>IDEAL DIAMOND SOLUTIONS, INC. d/b/a IDS, Inc., Verified Independent Diamond Purchaser's Affiliation, and VIDPA, a Delaware corporation; LARRY CHASIN, an individual; et al.,<br><br>Defendants. | C10-380Z<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The stipulated extension of time to answer, docket no. 5, is STRICKEN without prejudice. The attorneys signing this stipulation on behalf of defendants have not yet been permitted to appear in this action pro hac vice and they have entered no appearance on behalf of any defendant.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 19th day of April, 2010.

BRUCE RIFKIN, Clerk

By    s/ Claudia Hawney   
      Claudia Hawney
      Deputy Clerk

MINUTE ORDER - 1