





**10-CV-00380-PRAE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BLUE NILE, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>IDEAL DIAMOND SOLUTIONS, INC. d/b/a IDS, Inc., Verified Independent Diamond Purchaser's Affiliation, and VIDPA, a Delaware corporation; LARRY CHASIN, an individual; et al.,<br><br>    Defendants. | CASE NO. 2:10-cv-00380-TSZ<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT** |

       Pursuant to Rule 7.1(a), Federal Rules of Civil Procedure, each of defendants Ideal Diamond Solutions, Inc. d/b/a IDS, Inc., Verified Independent Diamond Purchaser's Affiliation and VIDPA, a Delaware Corporation (collectively, "IDS"); Zdeel's Diamond Gallery, a Texas company; Wells & Co. Fine Jewelers, a Virginia company; R. Bruce Carson Jewelers, a Maryland company; Frederic H. Rubel Jewelers, a California company; Kleinhenz Jewelers, an Ohio company; Mayfair Diamonds and Fine Jewelry, a New York company; Moseillo Jewelers, a New York company; Cirelli Jewelers, an Ohio company; LV Jewelry, a Florida company; Quattry's Bench Express, a Florida company; Kilman Jewelers, a Florida company; and

CORPORATE DISCLOSURE - 1

Diamondscape, a Texas company, states that it has no parent corporation. Each of the aforenamed defendants further states that the following entity owner 10% or more of the defendant's stock: None.

DATED: May 24, 2010

By: *[signature]*
Larry Chasin
Appearing pro se
483 9th Street, Apt. 1
Brooklyn, NY 11215
Phone:
Email: larry@idealdiamondsolutions.com

Answering on behalf of all Defendants

CORPORATE DISCLOSURE - 2