1

**UNITED STATES DISTRICT COURT**
2
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**
3

BLUE NILE, INC., a Delaware corporation,
4
           Plaintiff,
           v.
       CASE NO. 2:10−cv−00380−TSZ
5
IDEAL DIAMOND SOLUTIONS, INC.
d/b/a IDS, Inc., Verified Independent
6
Diamond Purchaser's Affiliation, and
       **CERTIFICATE OF SERVICE**
7
VIDPA, a Delaware corporation; LARRY
CHASIN, an individual; et al.,



8
           Defendants.
9
      **10-CV-00380-SUMM**

10

     On May 24, 2010, I caused to be served upon counsel of record, at the address stated
11
below, via the method of service indicated, a true and correct copy of the following documents:
12

13
     ANSWER;
14
     DEFENDANTS' CORPORATE DISCLOSURE STATEMENT.
15

16

| | |
|---|---|
| Elizabeth L. McDougall | ___ Via hand delivery |
| Breena M. Roos | ___ Via U.S. Mail, 1st Class, Postage Prepaid |
| PERKINS COIE LLP | ___ Via EMAIL |
| 1201 Third Avenue, Suite 4800 | _X_ Via Overnight Delivery |
| Seattle, WA 98101-3099 | ___ Via Facsimile |
| Telephone: 206-359-8000 | ___ Via E-filing |
| Fax: 206-359-9000 | |
| Attorneys for Plaintiff Blue Nile, Inc. | |

17
18
19
20
21
22
23
24
I certify under penalty of perjury that the foregoing is true and correct.
25
DATED at Brooklyn, New York, this 24th day of May, 2010.
26
27
     Larry Chasin, appearing pro se on behalf of all Defendants
28

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express™
UPS 2nd Day Air®

Apply shipping documents on this side.

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select®
UPS Worldwide Expedited™

**Extremely Urgent**

Call 1-800-PICK-UPS® (1-800-742-5877) or visit UPS.com®

- For UPS Next Day Air services, there is no weight limit for envelopes containing letters, business correspondence, urgent documents, and electronic media. UPS Express Envelopes containing items other than those listed above are subject to the corresponding rates for the applicable weight.

- For UPS Worldwide Express, the UPS Express Envelope may be used only for documents of no commercial value. There is no limit on the weight or number of pages you can enclose.

- For UPS 2nd Day Air services, UPS Express Envelopes weighing one pound or more are subject to the corresponding rates for the applicable weight.

- Do not send cash or cash equivalent.

(716) 499-0464
THE UPS STORE #3678
520 7TH AVE
BROOKLYN NY 11215-4113

@ 3 LBS LTR 1 OF 1
SHP WT LTR
DATE: 26 MAY 2010

SHIP US DISTRICT COURT SEATTLE CLERKS OF
TO: U.S. COURTHOUSE
    LOBBY LEVEL
    700 STEWART ST

SEATTLE WA 98101-4439

WA 981 9-03

UPS NEXT DAY AIR
TRACKING #: 1Z 2E5 2W5 01 6220 1221

1

ISM 11.00 E2844 03 50 04/2010

REF #1: 55854694
REF #2: 55854694

700 STEWART ST

SEATTLE WA 98101-4439

P:PURPLE S:4NW

**810-8320**

1Z2E52W50162201221

1:810

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other items and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

010195101   05/05   PAC United Parcel Service, Louisville, KY

100% Recycled Fiber
80% Post-Consumer