UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BLUE NILE, INC., a Delaware corporation,

Plaintiff,

v.

IDEAL DIAMOND SOLUTIONS, INC. d/b/a IDS, Inc., Verified Independent Diamond Purchaser's Affiliation, and VIDPA, a Delaware corporation; LARRY CHASIN, an individual; et al.,

Defendants.

C10-380Z

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed Plaintiff's status report filed on June 10, 2010, docket no. 9, and it appearing that the defendant corporations are not represented by licensed counsel, the Court declines to issue a scheduling order at this time. Plaintiff must submit proof of service on each of the defendants.

(2) Corporate defendants may not represent themselves and may only appear through an attorney. E.g., United States v. High Country Broadcasting Co., 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant Larry Chasin filed an answer to the plaintiff's complaint, docket no. 8, purportedly on behalf of himself and the defendant corporations. The Court construes the answer, docket no. 8, to be the answer of defendant Chasin only; defendant Chasin does not represent the corporations. Id. ("A corporation may appear in federal court only through licensed counsel.') (emphasis added). Failure of a corporate defendant to secure counsel constitutes grounds for entering default against the corporation. See Local Rule GR 2(g)(4)(B).

(3) If plaintiff wishes to seek default judgment against a defendant, it shall file a motion for entry of default.

MINUTE ORDER - 1

     (4)    The parties are directed to file a supplemental joint status report as soon as possible but not later than August 20, 2010.

     (5)    The Clerk is directed to send a copy of this Minute Order to all counsel of record and to defendant pro se.

Filed and entered this 11th day of June, 2010.

                               BRUCE RIFKIN, Clerk

                                  s/ Claudia Hawney
By                               
                              Claudia Hawney
                              Deputy Clerk

MINUTE ORDER - 2