The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BLUE NILE, INC., a Delaware Corporation, | NO. CV10-380 TSZ |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| IDEAL DIAMOND SOLUTIONS, INC. d/b/a IDS, Inc., Verified Independent Diamond Purchaser's Affiliation, and VIDPA, a Delaware corporation; LARRY CHASIN, an individual; ZDEEL'S DIAMOND GALLERY, a Texas company; WELLS & CO. FINE JEWELERS, a Virginia company; R. BRUCE CARSON JEWELERS, a Maryland company; FREDERIC H. RUBEL JEWELERS, a California company; KLEINHENZ JEWELERS, an Ohio company; MAYFAIR DIAMONDS AND FINE JEWELRY, a New York company; MOSIELLO JEWELERS, a New York company; CIRELLI JEWELERS, an Ohio company; LV JEWELRY, a Florida company; QUATTRY'S BENCH EXPRESS, a Florida company; KILMAN JEWELERS, a Florida company; DIAMONDSCAPE, a Texas company; and DOES 1-25, | |
| Defendants. | |

NOTICE OF APPEARANCE
[CV10-380 TSZ] - 1

**NEWMAN & NEWMAN,**
**ATTORNEYS AT LAW, LLP**

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800

TO:  CLERK OF COURT

AND TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD.

Please take notice that DEREK A. NEWMAN and DEREK LINKE hereby appear as attorneys of record for Defendant KLEINHENZ JEWELERS, and no other Defendant, in the above-captioned cause. Kleinhenz Jewelers reserves all defenses, including lack of personal jurisdiction, improper venue, and failure of service of process. You are requested to serve all papers in connection therewith upon said attorneys at the address below stated.

DATED this 15th day of June, 2010.

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

By: _____
Derek A. Newman, WSBA No. 26967
Derek Linke, WSBA No. 38314
505 5th Avenue South, Suite 610
Seattle, WA 98104
Phone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Defendant
KLEINHENZ JEWELERS

NOTICE OF APPEARANCE
[CV10-380 TSZ] - 2

NEWMAN & NEWMAN,
ATTORNEYS AT LAW, LLP

505 Fifth Ave. S., Ste. 610
Seattle, Washington 98104
(206) 274-2800